(May 20, 1946.)

CITY OF YONKERS, Respondent, v. EUGENIA LEONE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See *ante*, p. 898.]

ELIAS GRANICH, Respondent, v. ISAAC STOLOVITZ, Appellant.— Motion for reargument granted. On reargument, order affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur. [See *ante*, p. 899.]

WILLIAM GRECA, Appellant, v. DE LUXE DAINTIES, INC., et al., Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See *ante*, p. 907.]

In the Matter of the Application of ANTHONY G. RUGGI for Admission to the Bar.— Motion for permission to renew application for admission to the Bar denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of a Plan of Readjustment of the Rights of Holders of Investments in a Mortgage Covering Premises 310 RIVERSIDE BOULEVARD, CITY OF LONG BEACH, Guaranteed by Bond and Mortgage Guarantee Company. (Guarantee No. 170,928.) In the Matter of BROOKLYN TRUST COMPANY, as Trustee under a Declaration of Trust Dated March 25, 1936, for the Consideration of a Proposed Sale of the Premises Comprising the Trust Estate. ABRAHAM WERMAN, Appellant; JESSE N. SCHIFFMAN et al., Respondents.— (No. 330.) Motion to dismiss appeal granted, with $10 costs, and appeal dismissed, with $10 costs and disbursements. (No. 329.) In view of the decision in *Matter of 310 Riverside Boulevard* (No. 330), decided herewith, the motion to require appellant to file an undertaking as security for costs and damages is dismissed, without costs. Present — Lewis, P. J., Carswell, Johnston and Adel, JJ.; Hagarty, J., not voting.